BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| DAVID D. DICKEY,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:13-cv-2463-EFB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE AND (~~PROPOSED~~) ORDER |

    The parties, through their respective counsel, stipulate that Defendant shall have a 30-day extension of time, to and including August 14, 2014, in which to file Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment. The current deadline is July 14, 2014.

    Defendant's counsel makes this request based on active litigation matters in federal court and before the Equal Employment Opportunity Commission (EEOC), as well as other work-related duties that require travel. Defendant's counsel is traveling to conduct EEO training on July 16, 2014, and traveling to conduct a witness deposition in an EEOC employment discrimination case on July 18, 2014. In addition, Defendant's counsel has four federal court

motions for summary judgment (including this matter) due on July 14, 2014 and July 16, 2014. Due to the time constraints of these litigation matters Defendant's counsel requires additional time to review and fully research the issues presented in this matter.

This is Defendant's first request for extension of time.

Respectfully submitted,

Date:   July 9, 2014          BENJAMIN B. WAGNER
                              United States Attorney

                              By:   /s/ Cynthia B. De Nardi
                              CYNTHIA B. DE NARDI
                              Special Assistant United States Attorney

Date:   July 9, 2014          By: s/ Bess M. Brewer*
                              BESS M. BREWER.
                              Law Office of Bess M. Brewer & Associates
                              (* by email authorization 7/9/14)

                              Attorney for Plaintiff

IT IS SO ORDERED.

DATED:  July 10, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE